J. Greg Coulter (State Bar No. 016890)
Jacqueline F. Langland (State Bar No. 035422)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Jacqueline.Langland@jacksonlewis.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaie Israel, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Bank, N.A., an affiliate of U.S. Bancorp, a foreign corporation. <br><br> Defendant. | **Case No. 2:20-cv-01185-GMS** <br><br> **SECOND AMENDED NOTICE OF DEPOSITION** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 26 and 30, Federal Rules of Civil Procedure, U.S. Bank, N.A. will take the recorded videoconference deposition of the person named below upon oral examination by stenographic and sound means, at the time and place stated below before an officer authorized by law to administer oaths:

    PERSON TO BE EXAMINED:    Jaie Israel

    DATE/TIME OF EXAMINATION:    June 24, 2021 at 10:00 am

    LOCATION:    via Zoom Video Conference

    COURT REPORTER:    Coash & Coash, Inc.

A link to the deposition via Zoom will be routed to all parties by the court reporter prior to the deposition.

1  Said deposition will continue from day-to-day thereafter, Saturdays, Sunday, and
2  holidays excepted, until completed, unless otherwise agreed by the parties.

4  DATED: June 2, 2021

JACKSON LEWIS P.C.

By: */s/ J. Greg Coulter*
   J. Greg Coulter
   Jacqueline F. Langland
   Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Bradley D. Gardner
Udall Shumway
1138 North Alma School Road
Suite 101
Mesa, AZ  85201
bdg@udallshumway.com

*Attorneys for Plaintiff*


By: */s/ Miranda L. Dotson*


4815-2128-9963, v. 1

- 3 -